Charles D. Chalmers, Esq. (State Bar No. 50263)
769 Center Blvd., #149
Fairfax, California 94930
Tel: (415) 860-8134
Fax: (801) 382-2469
cchalmers@allegiancelit.com
Attorney for Plaintiff Theodore Ellison

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JL

| | |
|---|---|
| THEODORE ELLISON,<br><br>Plaintiff,<br><br>vs.<br><br>LAMPS PLUS, INC. and QUOIZEL, INC.<br><br>Defendants. | Civil Action No.<br>CV 09  2513<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff, Theodore Ellison complains of defendants Lamps Plus, Inc. ("Lamps Plus") and Quoizel, Inc. Ltd. ("Quoizel") and alleges:

JURISDICTION

1. This is an action for copyright infringement arising under the Copyright Law of the United States, Title 17 of the United States Code. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1338(a). Registration has not been made for certain of the copyrights asserted in this action. This Court has subject matter jurisdiction over the claims for infringement of those copyrights under 28 U.S.C. § 1367(a) as the infringement of those copyrights is part of the same case and controversy as the infringement of the registered

Complaint for Copyright Infringement                    1

copyright asserted in this action.

2. Plaintiff is an individual residing and doing business in the Northern District. Plaintiff uses the copyrights alleged in this action in his business.

3. Defendant Lamps Plus and Quoizel are corporations.

4. Defendants are subject to personal jurisdiction in this judicial district. Defendants are aware that they have infringed plaintiff's copyrights because the acts were intentional. Defendants knew that the harm from these infringements would be suffered by plaintiff primarily in this judicial district because this is where plaintiff resides and where he conducts his business using these copyrights. Defendants have purposely availed themselves of the privilege of conducting activities in the State of California, and in this judicial district, and those activities are directly related to the claims made by plaintiff in this action. Defendants have infringed the copyrights by making, selling and offering for sale lamps and lighting fixtures which incorporate the copyrighted designs. Defendant Lamps Plus operates retail stores in this judicial district which have sold infringing products. Defendant Quoizel has sold infringing products to Lamps Plus, and other retailers, knowing that they would offer those products for sale in this judicial district. Quoizel operates a website on which it refers prospective purchasers of products made and sold by it to retailers located within this judicial district.

## VENUE

5. Defendants reside with this judicial district, and may be found in this judicial district, as hereinbefore alleged in Para. 4. Accordingly, venue is proper under 28 U.S.C. §§ 1391(c) and 1400(b).

## INTRADISTRICT ASSIGNMENT

6. This action for copyright infringement is an excepted category under Local Rule 3.2(c).

## FACTUAL ALLEGATIONS

7. Plaintiff is the owner of the copyright in a work entitled "Ginkgo." The U.S. Copyright Office has issued a certificate of registration for Ginkgo to plaintiff; the registration

Complaint for Copyright Infringement  2

number is VA 1-664-820.

8. Defendants have infringed the copyright in Ginkgo by making, importing, selling, and offering for sale lamps and lighting devices, some which have been offered under the name "Westwind." Defendant Quoizel has contributorily infringed this copyright by offering infringing lamps and lighting devices for sale to retailers and distributors throughout the United States.

9. Plaintiff is owner of the copyright in works entitled "Conifer," "Aberdeen," "Ginkgo-Nouveau," "Anthony House," "Sonora" and "Pine Bough." (hereafter the "additional works)

10. Defendants Lamps Plus and Quoizel have infringed and contributorily infringed the copyright in the additional works by making, importing, selling and offering for sale infringing lamps and lighting devices. Lamps Plus has infringed as herein alleged with the products entitled "Robert Louis Tiffany Flowing Branch," "Robert Louis Tiffany Olive Leaf" and "Dale Tiffany Pinecone." Quoizel has infringed and contributorily infringed as alleged herein with the products entitled "Pinecone," "Macintosh Rose" and "Parkside."

## COUNT ONE – COPYRIGHT INFRINGEMENT

11. Defendants are infringing, contributorily infringing and inducing infringement of the copyrights by copying, displaying, making, importing, selling, offering to sell, and using the copyrighted works.

12. Defendants' infringements have caused and are causing plaintiff injury and plaintiff is entitled to an award of damages as compensation for this injury.

13. Defendants' infringement is causing irreparable injury to plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for judgment against defendants granting the following relief:

a. A temporary restraining order, preliminary injunction and permanent injunction enjoining all acts of infringement of the copyrights;

Complaint for Copyright Infringement 3

b. An award of such damages, including prejudgment interest, as shall be shown at trial to be adequate to compensate plaintiff for the injury sustained as the result of defendants' infringements;

c. An award of costs of suit herein, and:

d. Such other and further relief as the Court shall deem appropriate and just.

Dated: June 5, 2009

Charles D. Chalmers
Attorney for Plaintiff

JURY DEMAND

Plaintiff demands a jury trial pursuant to FRCivP 38(b).

Dated: June 5, 2004

Charles D. Chalmers
Attorney for Plaintiff

Complaint for Copyright Infringement 4