| | |
|---|---|
| 1 | CORY E. MANNING (State Bar No. 213120) |
| | CRAIG N. KILLEN (*pro hac vice*) |
| 2 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | 1320 Main Street, 17th Floor |
| 3 | Columbia, SC  29201 |
| | Telephone:   803-799-2000 |
| 4 | Facsimile:    803-256-7500 |
| | Email:         cory.manning@nelsonmullins.com |
| 5 | Email:         craig.killen@nelsonmullins.com |
| 6 | LOUISE E. MA (State Bar No. 84649) |
| | DAVID J. TSAI (State Bar No. 244479) |
| 7 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | Two Embarcadero Center Eighth Floor |
| 8 | San Francisco, CA  94111 |
| | Telephone:    (415) 576-0200 |
| 9 | Facsimile:     (415) 576-0300 |
| | Email:          lema@townsend.com |
| 10 | Email:          djtsai@townsend.com |
| 11 | Attorneys for Defendant QUOIZEL, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE ELLISON, | | Case No. CV-09-2513 JL |
| Plaintiff, | | **STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | | |
| LAMPS PLUS, INC. and QUOIZEL, INC., | | |
| Defendants. | | |

1    Pursuant to Local Rule 6-2(a), the parties in the above-entitled action jointly submit this
2    stipulated request to continue the Initial Case Management Conference, currently set for
3    September 16, 2009, for two weeks, until September 30, 2009, given (1) the recent service of
4    Defendant Lamps Plus, Inc. ("Lamps Plus") on August 12, 2009 and (2) Plaintiff's forthcoming
5    amended complaint that will simplify the case and influence these initial scheduling and
6    settlement discussions.

7    Defendant Quoizel, Inc. ("Quoizel") waived service of the Complaint in this action on
8    June 26, 2009. Since that time, Plaintiff Theodore Ellison ("Plaintiff") has granted Quoizel an
9    extension of time in which to respond to the complaint, given that Defendant Lamps Plus was not
10   served until recently.

11   Accordingly, the parties believe it would be efficient for them and the Court to continue
12   the Initial Case Management Conference currently scheduled for September 16, 2009, to
13   September 30, 2009, in order for Plaintiff to file its amended complaint and for both Quiozel and
14   Lamps Plus to file their responses.

15   THE PARTIES, through their undersigned counsel, hereby stipulate and jointly request
16   that this Court continue the scheduled Initial Case Management Conference by two weeks, until
17   September 30, 2009, ~~or alternatively that the Initial Case Management Conference be continued to~~
18   ~~a future date set by the Court.~~

20   DATED: August 26, 2009          Respectfully submitted,
21                                    LAW OFFICES OF CHARLES D. CHALMERS
22
23                                    By:/s/*Charles D. Chalmers*
                                          Charles D. Chalmers
24                                    Attorneys for Plaintiff THEODORE ELLISON

25   / / /
26   / / /
27   / / /
28   / / /

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER         2
CASE NO. CV-09-2513 JL

townsend.

1  DATED: August 26, 2009          Respectfully submitted,

2                                  TOWNSEND AND TOWNSEND AND CREW LLP

4                                  By: /s/*David J. Tsai*
5                                      Louise E. Ma
                                       David J. Tsai
6                                  Attorneys for Defendant QUOIZEL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11  DATED: September 8, 2009        _____
                                    HON. JAMES LARSON
12                                  UNITED STATES MAGISTRATE JUDGE

16  62184741 v1

STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER          3
CASE NO. CV-09-2513 JL

townsend.