1  Scott R. Miller (SBN 112656)
   Manuel Nelson (SBN 229590)
2  CONNOLLY BOVE LODGE & HUTZ LLP
   333 South Grand Avenue, Suite 2300
3  Los Angeles, CA 90071
   Telephone: (213) 787-2500
4  Facsimile:  (213) 687-0498
   Email: smiller@cblh.com
5  Email: mnelson@cblh.com

6  Attorneys for Defendant
   LAMPS PLUS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | THEODORE ELLISON,           | No. CV-09-02513 VRW
12 |     Plaintiff,              | **STIPULATED REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
13 | v.                          |
14 | LAMPS PLUS, INC. and QUOIZEL, INC., |
15 |     Defendants.             |

16

17     Pursuant to Local Rule 6-2, the parties in the above-entitled action jointly submit this
18 Stipulated Request to Continue the Initial Case Management Conference, currently scheduled for
19 November 12, 2009 at 3:30 p.m., to December 3, 2009 at 3:30 p.m.
20     The parties submit that this stipulation is not entered into for purposes of delay of the instant
21 action. Counsel for Defendant Lamps Plus, Inc. has requested this extension of the Initial Case
22 Management Conference due to a previously scheduled conference he will be attending in Miami,
23 Florida during the week of November 9. Counsel is also requesting this extension due to the
24 Thanksgiving holiday on November 26, 2009.
25     The parties, through their undersigned counsel, hereby stipulate and jointly request that the
26 Court continue the Initial Case Management Conference until December 3, 2009 at 3:30 p.m. or,
27 alternatively, to a future date to be set by the Court.
28

STIPULATED REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE
Case No. CV-09-02513 VRW

28495-1

AGREED AND STIPULATED TO BY:

                                  Respectfully submitted,

DATED: October 23, 2009        CONNOLLY BOVE LODGE & HUTZ LLP


                           By:  *s/ Scott R. Miller*
                                Scott R. Miller
                                Attorneys for Defendant
                                Lamps Plus, Inc.

DATED: October 23, 2009        LAW OFFICES OF CHARLES D. CHALMERS


                           By:  *s/ Charles D. Chalmers*
                                Charles D. Chalmers
                                Attorneys for Plaintiff
                                Theodore Ellison

DATED: October 23, 2009        TOWNSEND AND TOWNSEND AND CREW LLP


                           By:  *s/ Louise E. Ma*
                                Louise E. Ma
                                David J. Tsai
                                Attorneys for Defendant
                                Quoizel, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Initial Case Management Conference be continued to ~~December 3, 2009 at 3:30 p.m. or to~~ January 14, 2010 at 3:30 PM.


DATED: Oct. 28, 2009

                                      HON. VAUGHN R. WALKER
                                      UNITED STATES DISTRICT CHIEF JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Vaughn R Walker]*