Charles D. Chalmers, Esq. (State Bar No. 50263)
769 Center Blvd., #149
Fairfax, California 94930
Tel: (415) 860-8134
Fax: (801) 382-2469
cchalmers@allegiancelit.com
Attorney for Plaintiff Theodore Ellison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ELLISON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAMPS PLUS, INC. and QUOIZEL, INC.<br><br>　　　　Defendants. | Civil Action No. C 09-2513   VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER PERMITTING FILING OF**<br>**SECOND AMENDED COMPLAINT** |

　　Whereas, during the pendency of this action the Copyright Office has issued to plaintiff six additional copyright registrations. Plaintiff contends that these additional copyrights have been infringed by one or more of existing defendants Lamps Plus, Inc. ("Lamps Plus"), Quoizel, Inc. ("Quoizel"), and/or by new potential defendant, Dale Tiffany, Inc. ("Dale Tiffany"), either alone or in combination with one another as set forth in the proposed Second Amended Complaint, and;

　　Whereas, absent this stipulation plaintiff would file a motion for leave to file a second amended complaint in substantially the form of Exhibit A hereto.

1

Stipulation and Order to File Second Amended Complaint for Copyright Infringement

NOW THEREFORE IT IS STIPULATED BY THE PARTIES HERETO THAT:

1. The Court may issue its order, as herein provided, allowing the filing of the Second Amended Complaint in the form attached hereto as Exhibit A.

2. This Stipulation and the resulting Order shall not prejudice the right of any party to apply to the Court in the future for bifurcation of the case and/or separate trials according to parties, issues or pretrial procedures should they determine that it is in their interests, or the interests of justice, to do so.

Dated: December 8, 2009   By  /s/Charles D. Chalmers
                              Charles D. Chalmers
                              Attorney for Plaintiff

                              TOWNSEND TOWNSEND AND CREW LLP

Dated: December 8, 2009   By  /s/David J. Tsai
                              Louise E. Ma
                              David J. Tsai
                              Attorneys for Defendant Quoizel, Inc.

                              CONNOLLY BOVE LODGE & HUTZ LLP

Dated: December 8, 2009   By  /s/Scott R. Miller
                              Scott R. Miller
                              Attorneys for Defendant Lamps Plus, Inc.

IT IS SO ORDERED.

December __16__, 2009



Hon. Vaughn R. Walker
United States District Judge

2

Stipulation and Order to File Second Amended Complaint for Copyright Infringement

**GENERAL ORDER 45 ATTESTATION**

I, Charles D. Chalmers, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT**. In compliance with General Order 45, X.B., I hereby attest that David J. Tsai and Scott R. Miller have concurred in this filing.

                                                 _/s/ Charles D. Chalmers_

Stipulation and Order to File Second Amended Complaint for Copyright Infringement