Scott R. Miller (SBN 112656)
Manuel Nelson (SBN 229590)
CONNOLLY BOVE LODGE & HUTZ LLP
333 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498
Email: smiller@cblh.com
Email: mnelson@cblh.com

Attorneys for Defendant
LAMPS PLUS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ELLISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAMPS PLUS, INC., QUOIZEL, INC., and DALE TIFFANY, INC.,<br><br>　　　　Defendants. | No. CV-09-02513 VRW<br><br>**STIPULATED REQUEST TO CONTINUE THE JULY 6, 2010 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

　　　　Pursuant to Local Rules 6-2 and 7-12 and the May 11, 2010 Clerk's Notice (DI 45), the parties in the above-entitled action, through undersigned counsel, jointly submit this Stipulated Request to Continue the Case Management Conference, currently scheduled for July 6, 2010 at 11:00 a.m., to July 29, 2010 at 3:30 p.m. or any later date and time convenient to the Court.

　　　　The first case management conference in this case took place on February 25, 2010. At that time the Court scheduled the case for a further case management conference on May 20, 2010, and encouraged the parties to explore settlement. No case management schedule was entered. The date of May 20, 2010 was subsequently continued to July 6, 2010. The parties, through undersigned counsel, believe that they are close to resolving their disputes and settling this action. This stipulation is not entered into for purposes of delay of the instant action.

STIPULATED REQUEST TO CONTINUE THE JULY 6, 2010 CASE MANAGEMENT CONFERENCE
Case No. CV-09-02513 VRW

In the event the Court does not grant the continuance sought herein, the parties request permission to appear on July 6, 2010 by telephone. Principal counsel for all defendants maintain their practice outside the Northern District.

AGREED AND STIPULATED TO BY:

DATED: June 29, 2010

Respectfully submitted,

LAW OFFICES OF CHARLES D. CHALMERS

By: *s/ Charles D. Chalmers*
Charles D. Chalmers
Attorneys for Plaintiff
Theodore Ellison

DATED: June 29, 2010

CONNOLLY BOVE LODGE & HUTZ LLP

By: *s/ Scott R. Miller*
Scott R. Miller
Attorneys for Defendant
Lamps Plus, Inc.

DATED: June 29, 2010

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: *s/ Craig N. Killen*
Craig N. Killen (admitted *pro hac vice*)
Attorneys for Defendant
Quoizel, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Initial Case Management Conference be continued to August 26, 2010 at 3:30PM.

DATED: June 29, 2010

HON. ~~VAUGHN R. WALKER~~
UNITED ~~STATES~~ ~~CHIEF~~ JUDGE

*Judge Vaughn R Walker* (seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

**GENERAL ORDER 45 ATTESTATION**

I, Charles Chalmers, am the ECF user whose ID and password are being used to file this pleading. In compliance with General Order 45, X.B., I hereby attest that Scott R. Miller and Craig N. Killen have concurred in this filing.

                                      *S/ Charles D. Chalmers*
                                      Charles D. Chalmers