Charles D. Chalmers, Esq. (State Bar No. 50263)
851 Irwin Street, Suite 200
San Rafael, California 94901
Tel: (415) 860-8134
Fax: (801) 382-2469
cchalmers@allegiancelit.com
Attorney for Plaintiff Theodore Ellison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ELLISON,<br><br>    Plaintiff,<br><br>    vs.<br><br>LAMPS PLUS, INC., QUOIZEL, INC. and DALE TIFFANY, INC.<br><br>    Defendants. | Civil Action No. C 09-2513   VRW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DALE TIFFANY, INC.** |

Whereas, plaintiff and defendant Dale Tiffany, Inc. have entered into a binding settlement:

Pursuant to FRCivP 41(a)(1)(A)(ii) the parties stipulate, and the Court hereby orders, as follows:

That the Second Amended Complaint, as to defendant Dale Tiffany, Inc. only, is dismissed with prejudice. Plaintiff and Dale Tiffany, Inc. shall bear their own costs and expenses.

Dated: July 15, 2010                         By   */s/Charles D. Chalmers*
                                                         Charles D. Chalmers
                                                         Attorney for Plaintiff

1

Stipulation and Order for Dismissal With Prejudice of Dale Tiffany, Inc.

|   |   |
|---|---|
| | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Dated: July 15, 2010 | By  /s/ Craig N. Killen<br>Craig N. Killen<br>Attorneys for Defendant Quoizel, Inc. |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| Dated: July 15, 2010 | By  /s/Scott R. Miller<br>Scott R. Miller<br>Attorneys for Defendants Dale Tiffany, Inc. and Lamps Plus, Inc. |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: July  20 , 2010

_____
Hon. Vaughn R. Walker
United States District Court Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Vaughn R Walker]

2

Stipulation and Order for Dismissal With Prejudice of Dale Tiffany, Inc.