Charles D. Chalmers, Esq. (State Bar No. 50263)
851 Irwin Street, Suite 200
San Rafael, California 94901
Tel: (415) 860-8134
Fax: (801) 382-2469
cchalmers@allegiancelit.com
Attorney for Plaintiff Theodore Ellison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ELLISON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAMPS PLUS, INC., QUOIZEL, INC. and DALE TIFFANY, INC.<br><br>　　　　Defendants. | No. C 09-02513 LHK  (HRL)<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF THEODORE ELLISON AND DEFENDANT QUOIZEL, INC.** |

　　　Plaintiff Theodore Ellison ("Ellison") hereby moves the Court to dismiss with prejudice all claims in this action against Defendant Quoizel, Inc. ("Quoizel") and all claims in this action against Defendant Lamps Plus, Inc. ("Lamps Plus") based on products sold to Lamps Plus by Quoizel.  Defendants Quoizel and Lamps Plus stipulate to this dismissal with prejudice in light of a settlement agreement reached between Ellison and Quoizel.  This dismissal does not pertain to claims against other Defendants not based on products sold to such other Defendant by Quoizel.

```
All Defendants having been dismissed with prejudice, the case
is dismissed with prejudice.  The Clerk is
directed to close the file and terminate any pending
motions.
```

Stipulated Motion for Dismissal
Civ. No. C 09-02513

1

| | |
|---|---|
| DATED: August 12, 2010 | Respectfully submitted, |
| | LAW OFFICES OF CHARLES D. CHALMERS |
| | By: _____S/_____ |
| | Charles D. Chalmers<br>Attorneys for Plaintiff THEODORE ELLISON |

SO STIPULATED:

| | |
|---|---|
| DATED: August 12, 2010 | Respectfully submitted, |
| | CONNELLY BOVE LODGE & HUTZ LLP |
| | By: _____S/_____ |
| | Scott R. Miller<br>Attorneys for Defendants LAMPS PLUS, INC. and DALE TIFFANY, INC. |
| DATED: August 12, 2010 | Respectfully submitted, |
| | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | By: _____S/_____ |
| | Craig N. Killen  (Admitted *pro hac vice*)<br>Attorneys for Defendant QUOIZEL, INC. |

**IT IS SO ORDERED**:

DATED: August 18, 2010         *Lucy H. Koh*
                               LUCY H. KOH
                               United States District Judge

Stipulated Motion for Dismissal
Civ. No. C 09-02513

2