1  Charles D. Chalmers, Esq. (State Bar No. 50263)
2  851 Irwin Street, Suite 200
   San Rafael, California 94901
3  Tel: (415) 860-8134
   Fax: (801) 382-2469
4  cchalmers@allegiancelit.com
5  Attorney for Plaintiff Theodore Ellison

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ELLISON,  ) | No. C 09-02513 LHK  (HRL) |
| Plaintiff,  ) | |
| vs.  ) | **STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF THEODORE ELLISON AND DEFENDANT LAMPS PLUS, INC.** |
| LAMPS PLUS, INC., QUOIZEL, INC. and DALE TIFFANY, INC.  ) | |
| Defendants.  ) | |

Plaintiff Theodore Ellison ("Ellison") hereby moves the Court to dismiss with prejudice all claims in this action against Defendant Lamps Plus, Inc. ("Lamps Plus"). Defendant Lamps Plus stipulates to this dismissal. Each party shall bear its own costs and expenses.

DATED: August 18, 2010            Respectfully submitted,

                                  LAW OFFICES OF CHARLES D. CHALMERS

                                  By: _____S/_____

                                  Charles D. Chalmers
                                  Attorneys for Plaintiff THEODORE ELLISON

SO STIPULATED:

DATED: August 18, 2010           Respectfully submitted,

                                 CONNOLLY BOVE LODGE & HUTZ LLP

                                 By: _____S/_____

                                 Scott R. Miller
                                 Attorneys for Defendant LAMPS PLUS, INC.

**IT IS SO ORDERED**:

DATED: August 19, 2010           _Lucy H. Koh_____
                                 LUCY H. KOH
                                 UNITED STATES DISTRICT JUDGE